# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **Kelly Haskell**, | ) Case No.: |
| **Plaintiff.** | ) 3:20-cv-02845-JZ |
| v. | ) |
| **Charter Communications, Inc.**, | ) |
| **Defendant.** | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: August 11, 2021

By: */s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: jginsburg@creditlaw.com

# **CERTIFICATE OF SERVICE**

I, Jacob U. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

**JOSEPH S. CARR**
KABAT CHAPMAN & OZMER
Ste. 1550
1711 17th Street, NW
Atlanta, GA 30363
404-400-7333
Email: scarr@kcozlaw.com
Attorney for Defendant

Dated: August 11, 2021

By: */s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: jginsburg@creditlaw.com