IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kelly Haskell,  Case No. 3:20 CV 2845

        Plaintiff,  DISMISSAL ORDER

  -vs-  JUDGE JACK ZOUHARY

Charter Communications, Inc.,

        Defendant.

    Counsel represent that this case has resolved (Doc. 14). Therefore, the docket is marked: "Settled and dismissed without prejudice. Each party is to bear its own costs."

    Further, any subsequent Dismissal with prejudice, or setting forth specific settlement terms and conditions, filed within sixty (60) days, shall supersede this Order. This Court also retains jurisdiction to enforce the terms of the settlement.

    IT IS SO ORDERED.

                                        s/ *Jack Zouhary*
                                        JACK ZOUHARY
                                        U. S. DISTRICT JUDGE

                                        August 11, 2021