# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| KELLY HASKELL, | Case No. 3:20-cv-02845-JZ |
| Plaintiff, | Judge Jack Zouhary |
| v. | |
| CHARTER COMMUNICATIONS, INC., | |
| Defendant. | |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

The undersigned parties, by and through their respective counsel, hereby agree and stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A) to the dismissal of Plaintiff Kelly Haskell's claims against Charter Communications, Inc. with prejudice. Each party will bear its/his/her own attorney's fees, costs, and expenses related to this action.

DATED: February 01, 2022

Jacob U. Ginsburg  (311908 - PA)
teamkimmel@creditlaw.com
**KIMMEL & SILVERMAN**
30 East Butler Pike
Ambler, PA 19002
Telephone: (215) 540-8888 ext. 104
*Counsel for Plaintiff Kelly Haskell*

/s/ J. Scott Carr
J. Scott Carr (0098247)
scarr@kcozlaw.com
**KABAT CHAPMAN & OZMER LLP**
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
Telephone: (404) 400-7300
*Counsel for Defendant Charter Communications, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2022 I filed the foregoing document using the Court's CM/ECF system, which will send a notice of electronic filing to all parties of record.

                        By:    */s/Jacob U. Ginsburg*
                                Jacob U. Ginsburg